**NOTE: CHANGES MADE BY COURT**

# JS-6

IN THE UNITED STATES DISTRICT

FOR THE CENTRAL COURT DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO RAMIREZ, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>OHLA USA, INC., et al.,<br><br>　　　　　Defendants. | Case No. 8:22-cv-01338-FWS-JDE<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL [14]** |

///
///
///

Having considered and reviewed the Parties' Joint Stipulation Of Dismissal [14] (the "Stipulation"), and good cause appearing, the court **GRANTS** the Stipulation and **ORDERS** the following:

The above-captioned action is **DISMISSED WITH PREJUDICE** in its entirety as to all parties and all claims for relief, with each party bearing that party's own attorney's fees and costs.

**IT IS SO ORDERED**.

Dated: June 1, 2023

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE